JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VALENTINE UNDERWOOD,

      Petitioner,

v.

BURTON, Warden,

      Respondent.

Case No. 5:22-cv-00468-JGB-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 31, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE